### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CURTIS RAY GARRISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-10-1234-HE |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner | ) | |
| of the Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

### **ORDER**

Plaintiff Curtis Ray Garrison filed this action seeking judicial review of the final decision of the Commissioner of the Social Security Administration denying his application for disability insurance benefits and supplemental security income benefits. Consistent with 28 U.S.C. § 636(b)(1)(B), the case was referred to Magistrate Judge Robert E. Bacharach., who recommended that the decision of the Commissioner be affirmed.

Plaintiff failed to object to the Report and Recommendation, despite being advised that he could file written objections with the Court Clerk, that the deadline for objections was June 4, 2012, and that "[t]he failure to file timely objections would result in waiver of the right to appeal the suggested ruling." Report and Recommendation, p. 9. Plaintiff thereby waived his right to appellate review of the factual and legal issues addressed in the Report and Recommendation. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059-60 (10th Cir. 1996). *See* 28 U.S.C. § 636(b)(1)(C).

Accordingly, the court adopts Magistrate Judge Bacharach's Report and Recommendation and affirms the Commissioner's decision.

**IT IS SO ORDERED**.

Dated this 15th day of June, 2012.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE